IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 08-00089-01-CR-W-FJG |
| MICHAEL E. CRADDOCK, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on September 17, 2008. Defendant Craddock appeared in person and with appointed counsel Travis Poindexter. The United States of America appeared by Assistant United States Attorney Catherine Connelly.

*I.     BACKGROUND*

On April 11, 2008, an indictment was returned charging Defendant with: five counts of distribution of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B); one count of possession with the intent to distribute of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A); one count of possession with the intent to distribute of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B); one count of possessing a firearms in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c); and one count of felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

The following matters were discussed and action taken during the pretrial conference:

## II. TRIAL COUNSEL

Ms. Connelly announced that she will be the trial counsel for the government. The case agent to be seated at counsel table is John Stanze, Kansas City, Missouri Police Department.

Mr. Poindexter announced that he will be the trial counsel for Defendant Craddock.

## III. OUTSTANDING MOTIONS

Defendant's Motion in Limine (Doc. No. 28) is currently pending.

## IV. TRIAL WITNESSES

Ms. Connelly announced that the government intends to call 17 witnesses without stipulations or 15 witnesses with stipulations during the trial.

Mr. Poindexter announced that Defendant Craddock does not intend to call any witnesses during the trial. Defendant may testify.

## V. TRIAL EXHIBITS

Ms. Connelly announced that the government will offer approximately 46 exhibits in evidence during the trial.

Mr. Poindexter announced that Defendant Craddock will not offer any exhibits in evidence during the trial.

## VI. DEFENSES

Mr. Poindexter announced that Defendant Craddock will rely on the defense of general denial.

## VII. POSSIBLE DISPOSITION

Mr. Poindexter stated this case may be for trial.

## VIII. STIPULATIONS

Stipulations are likely as to chain of custody.

## IX. TRIAL TIME

Counsel were in agreement that this case will take 3 days to try.

## X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS

The U. S. Magistrate Judge ordered:

That, in addition to the requirements of the Stipulations and Orders filed May 2, 2008, counsel for each party file and serve a list of exhibits he or she intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by September 17, 2008;

That counsel for each party file and serve requested jury voir dire examination questions by or before noon, Wednesday, September 24, 2008;

That counsel for each party file and serve, in accordance with the requirements of Local Rule 51.1, requested jury instructions[1] by or before noon, Wednesday, September 24, 2008. Counsel are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and by e-mail to the trial judge's courtroom deputy.

## XI. UNUSUAL QUESTIONS OF LAW

A motion in limine regarding references to gangs and gang signs will be filed. There are no unusual questions of law.

## XII. TRIAL SETTING

All counsel and Defendant were informed that this case will be listed for trial on the joint

---

[1]Counsel in all cases assigned to be tried before Chief Judge Fernando Gaitan, Jr., as reflected in the trial letter which is prepared by Judge James England, shall meet and prepare a packet of agreed proposed jury instructions to be submitted to Judge Gaitan and e-mailed to marylynn_shawver@mow.uscourts.gov and rhonda_enss@mow.uscourts.gov by Friday, September 26, 2008. To the extent there are disagreements to certain instructions, each attorney shall tab and submit his or her preference on those instructions. The instructions shall be listed in the order they are to be given.

3

criminal jury trial docket which commences on September 29, 2008.

                                                     /s/ Robert E. Larsen
                                                  ROBERT E. LARSEN
                                                  U. S. Magistrate Judge

Kansas City, Missouri
September 17, 2008

cc:     The Honorable Fernando J. Gaitan, Jr.
        Ms. Catherine Connelly
        Mr. Travis Poindexter
        Mr. Jeff Burkholder